UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRIAN BULLMAN,

        Plaintiff,                           Case No.: 3:13-CV-202

vs.

COMMISSIONER OF                      District Judge Timothy S. Black
SOCIAL SECURITY,                     Magistrate Judge Michael J. Newman

        Defendant.

## ORDER LIFTING THE STAY AND REINSTATING THE BRIEFING SCHEDULE

       This matter is before the Court *sua sponte*.

       The parties previously submitted a joint unopposed motion requesting that the Court stay the briefing schedule of this case pending the reprocessing and supplementation of the certified administrative record.  Doc. 10.  The Court then granted the parties' motion by Notation Order on January 22, 2014.  The Commissioner has since supplemented the record, thus providing a complete hearing transcript.  Doc. 11.

       Given that the Commissioner has satisfied the conditions of the stay, the Court now **ORDERS** that the stay be **LIFTED**, and reinstates the briefing schedule.  Accordingly, Plaintiff's Statement of Errors shall be due **on or before Friday, May 2, 2014**.  The Commissioner's Memorandum in Opposition to Plaintiff's Statement of Errors, and Plaintiff's Reply, if any, shall be filed in accordance with the Sixth Amended Magistrate Judges' General Order No. 11 (effective September 1, 2011).

       **IT IS SO ORDERED.**

April 9, 2014                                                 s/ **Michael J. Newman**
                                                           United States Magistrate Judge